IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1104-1
Western Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| Wayne E. Byrd | ) | |

    Wayne E. Byrd appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on March 4, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a), Possession of Marijuana. The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

    The court finds as a fact that Wayne E. Byrd has complied with the terms of the probation order and no violations have occurred.

    The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

Dated: March 14, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge